UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MICHAEL D. SCOTT**
          Plaintiff(s)

         v.                                 CIVIL ACTION NO. **21-10753-DJC**

**CITIGROUP INC. ET AL**
          Defendant(s)

## JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court.** In accordance with the Electronic Order, Docket Entry 17, dated September 23, 2021;

      **IT IS ORDERED AND ADJUDGED**

      Judgment for the defendants.

                                                Robert M. Farrell, Clerk

Dated: September 23, 2021                              /s/ Haley Currie
                                                       ( By ) Deputy Clerk